**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MOUTRAY, DENNIS E. § | Case No. 15-21751 |
| MOUTRAY, PAMELA A. § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 24, 2015. The undersigned trustee was appointed on June 24, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         13,871.50

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7.11 |
| Bank service fees | 48.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $    13,815.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/12/2016 and the deadline for filing governmental claims was 02/12/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,137.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,137.15, for a total compensation of $2,137.15.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2016            By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-21751  
**Case Name:** MOUTRAY, DENNIS E.  
MOUTRAY, PAMELA A.  
**Period Ending:** 03/18/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/24/15 (f)  
**§341(a) Meeting Date:** 07/20/15  
**Claims Bar Date:** 02/12/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  unemployment credit on debit card | 1,311.00 | 0.00 | | 0.00 | FA |
| 2  Fifth Third Bank, Elburn, IL 60119 -- subject to garnishment citation | 450.00 | 0.00 | | 0.00 | FA |
| 3  Oppenheimer Funds, Money Market Fund, LPL Finance, San Deigo, CA | 191.65 | 0.00 | | 0.00 | FA |
| 4  Security deposit held by American Homes 4 Rent f for property leased at 758 Tiller Street, Elburn, Illinois 60119 | 1,575.00 | 0.00 | | 0.00 | FA |
| 5  Household goods and furniture including (Living Room) (2) couches, bookcase, chair, (2) tables, (2) lamps and (2) TVs; (Dining Room) china closet, china, silverware; (Bedrooms) (2) beds, chair, (2) dressers, (2) chest of drawers, (2) mirrors, (2) lamps, TV, nighstand, electric fireplace, futon, curio cabinet; (Kitchen) table and chairs, refrigerator, washing machine, dryer, dishes, cookware; (other rooms) computer, desk, chair, vacuum cleaner, iron, camera, tools, lawnmower, lawn furniture and wicker furniture. | 4,610.00 | 0.00 | | 0.00 | FA |
| 6  Men's clothing and apparel including shirts, pants, suit, shoes and coats. | 500.00 | 0.00 | | 0.00 | FA |
| 7  Women's clothing and apparel including dresses, shirts, pants, shoes and jackets. | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  Jewelry including costume jewelry ($300) and wedding ring ($1200). Amended Schedule changed value from $1,200 to $600 | 600.00 | 0.00 | | 0.00 | FA |
| 9  NGL Insurance, Interest Sensitive Whole Life Policy | 2,376.00 | 0.00 | | 0.00 | FA |
| 10  Life Insurance Policy, Northwestern Mutual, Milwaukee, WI | 3,420.57 | 0.00 | | 0.00 | FA |
| 11  NGL Insurance Group - Whole Life Insurance Policy | 477.00 | 0.00 | | 0.00 | FA |

Printed: 03/18/2016 01:27 PM    V.13.25

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21751  
**Case Name:** MOUTRAY, DENNIS E.  
             MOUTRAY, PAMELA A.  
**Period Ending:** 03/18/16

**Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/24/15 (f)  
**§341(a) Meeting Date:** 07/20/15  
**Claims Bar Date:** 02/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | - Insured Dennis Moutray |  |  |  |  |  |
| 12 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Pamela A Moutray<br>W 2 | 288.19 | 0.00 |  | 0.00 | FA |
| 13 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Michelle L Moutray | 204.00 | 0.00 |  | 0.00 | FA |
| 14 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Kristin R Moutray | 183.00 | 0.00 |  | 0.00 | FA |
| 15 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Eric A Moutray | 197.00 | 0.00 |  | 0.00 | FA |
| 16 | Trustmark (NGL Insurance) | 460.00 | 0.00 |  | 0.00 | FA |
| 17 | Moutray's Food Shop I Inc, DISSOLVED SEE STATEMENT OF FINANCIAL AFFAIRS #18 | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | Moutray's Food Shop II Inc, DISSOLVED SEE STATEMENT OF FINANCIAL AFFAIRS #18 | 0.00 | 0.00 |  | 0.00 | FA |
| 19 | Tax refunds -- overpayment of taxes on wages for 3<br>prior years (2012 - 2014) -- estimated #21000<br>Amended Schedule changed value from $21,000 to $24,125 | 24,125.00 | 0.00 |  | 13,871.50 | FA |
| 20 | 1996 Chevy Tahoe, mileage 178,390; hail damaged | 641.00 | 0.00 |  | 0.00 | FA |
| 21 | 2007 GMC Envoy, mileage 159,210 (KBB value) | 5,057.00 | 0.00 |  | 0.00 | FA |
| 22 | 2003 Pace Trailer | 1,000.00 | 0.00 |  | 0.00 | FA |
| 22 | **Assets Totals** (Excluding unknown values) | **$48,666.41** | **$0.00** |  | **$13,871.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee to review claims and files objections thereto if necessary. The Final Report will then be filed.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 15-21751  
**Case Name:** MOUTRAY, DENNIS E.  
MOUTRAY, PAMELA A.  
**Period Ending:** 03/18/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/24/15 (f)  
**§341(a) Meeting Date:** 07/20/15  
**Claims Bar Date:** 02/12/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 15, 2016    **Current Projected Date Of Final Report (TFR):** March 11, 2016  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-21751  
**Case Name:** MOUTRAY, DENNIS E.  
MOUTRAY, PAMELA A.  
**Taxpayer ID #:** **-***3589  
**Period Ending:** 03/18/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****922566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/15 | {19} | Dennis & Pamela Moutray | Settlement Pursuant to Order | 1124-000 | 13,871.50 | | 13,871.50 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,861.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.22 | 13,842.28 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #15-21751, Bond Premium | 2300-000 | | 7.11 | 13,835.17 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.19 | 13,815.98 |
| | | | **ACCOUNT TOTALS** | | 13,871.50 | 55.52 | **$13,815.98** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,871.50 | 55.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,871.50** | **$55.52** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****922566** | 13,871.50 | 55.52 | 13,815.98 |
| | **$13,871.50** | **$55.52** | **$13,815.98** |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 12, 2016

**Case Number:** 15-21751  
**Debtor Name:** MOUTRAY, DENNIS E.

Page: 1

**Date:** March 18, 2016  
**Time:** 01:27:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,137.15 | $0.00 | 2,137.15 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,726.50 | $0.00 | 5,726.50 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $22.62 | $0.00 | 22.62 |
| 1<br>610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | For Citibank; Acct #4529 | $1,337.17 | $0.00 | 1,337.17 |
| 2<br>610 | Nicor gas<br>po box 549<br>aurora, IL 60507 | Unsecured | | $599.01 | $0.00 | 599.01 |
| 3<br>610 | Old Second National Bank<br>37 S. River Street<br>Aurora, IL 60506-4172 | Unsecured | Def Judgment; 8/7/14 | $48,008.52 | $0.00 | 48,008.52 |
| 4<br>610 | Old Second National Bank<br>37 S. River Street<br>Aurora, IL 60506-4172 | Unsecured | Def Judgment; 1/5/15 | $177,505.55 | $0.00 | 177,505.55 |
| 5<br>610 | Midland Credit Management, Inc.<br>as agent for<br>Midland Funding LLC, PO Box 2011<br>Warren, MI 48090 | Unsecured | For Citibank; Acct #3437 | $15,999.67 | $0.00 | 15,999.67 |
| 6<br>610 | Midland Credit Management, Inc.<br>as agent for<br>Midland Funding LLC, PO Box 2011<br>Warren, MI 48090 | Unsecured | For Citibank; Acct #7646 | $5,331.08 | $0.00 | 5,331.08 |
| 7<br>610 | Midland Credit Management, Inc.<br>as agent for<br>Midland Funding LLC, PO Box 2011<br>Warren, MI 48090 | Unsecured | For WebBank/Dell Sertvices | $1,304.10 | $0.00 | 1,304.10 |
| 8<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct# 3003 | $410.44 | $0.00 | 410.44 |
| 9<br>610 | Old Second National Bank<br>37 S. River Street<br>Aurora, IL 60506-4172 | Unsecured | checking overdraft fees from May and June 2014 (pursuant to TC to bank rep) | $974.68 | $0.00 | 974.68 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 12, 2016

**Case Number:** 15-21751  
**Debtor Name:** MOUTRAY, DENNIS E.

Page: 2

**Date:** March 18, 2016  
**Time:** 01:27:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Acct#7609 | $17,307.24 | $0.00 | 17,307.24 |
| **<< Totals >>** | | | | 276,663.73 | 0.00 | 276,663.73 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 15-21751
Case Name: MOUTRAY, DENNIS E.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**   $   13,815.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   13,815.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,137.15 | 0.00 | 2,137.15 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 5,726.50 | 0.00 | 5,726.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 22.62 | 0.00 | 22.62 |

Total to be paid for chapter 7 administration expenses:   $   7,886.27
Remaining balance:   $   5,929.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   5,929.71

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,929.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 268,777.46 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,337.17 | 0.00 | 29.50 |
| 2 | Nicor gas | 599.01 | 0.00 | 13.22 |
| 3 | Old Second National Bank | 48,008.52 | 0.00 | 1,059.15 |
| 4 | Old Second National Bank | 177,505.55 | 0.00 | 3,916.09 |
| 5 | Midland Credit Management, Inc. | 15,999.67 | 0.00 | 352.98 |
| 6 | Midland Credit Management, Inc. | 5,331.08 | 0.00 | 117.61 |
| 7 | Midland Credit Management, Inc. | 1,304.10 | 0.00 | 28.77 |
| 8 | American Express Bank, FSB | 410.44 | 0.00 | 9.06 |
| 9 | Old Second National Bank | 974.68 | 0.00 | 21.50 |
| 10 | Capital One Bank (USA), N.A. | 17,307.24 | 0.00 | 381.83 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,929.71 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**