# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: MOUTRAY, DENNIS E. § | Case No. 15-21751 |
| MOUTRAY, PAMELA A. § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 04/15/2016 in Courtroom 240, United States Courthouse,
Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MOUTRAY, DENNIS E. | § | Case No. 15-21751 |
| MOUTRAY, PAMELA A. | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,871.50 |
| *and approved disbursements of* | $ 55.52 |
| *leaving a balance on hand of* [1] | $ 13,815.98 |

**Balance on hand:**   $   13,815.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   13,815.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,137.15 | 0.00 | 2,137.15 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 5,726.50 | 0.00 | 5,726.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 22.62 | 0.00 | 22.62 |

Total to be paid for chapter 7 administration expenses:   $   7,886.27
Remaining balance:   $   5,929.71

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 15-21751   Doc 63   Filed 03/21/16   Entered 03/23/16 23:34:03   Desc Imaged
Certificate of Notice   Page 4 of 7

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $        5,929.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $        5,929.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 268,777.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,337.17 | 0.00 | 29.50 |
| 2 | Nicor gas | 599.01 | 0.00 | 13.22 |
| 3 | Old Second National Bank | 48,008.52 | 0.00 | 1,059.15 |
| 4 | Old Second National Bank | 177,505.55 | 0.00 | 3,916.09 |
| 5 | Midland Credit Management, Inc. | 15,999.67 | 0.00 | 352.98 |
| 6 | Midland Credit Management, Inc. | 5,331.08 | 0.00 | 117.61 |
| 7 | Midland Credit Management, Inc. | 1,304.10 | 0.00 | 28.77 |
| 8 | American Express Bank, FSB | 410.44 | 0.00 | 9.06 |
| 9 | Old Second National Bank | 974.68 | 0.00 | 21.50 |
| 10 | Capital One Bank (USA), N.A. | 17,307.24 | 0.00 | 381.83 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 5,929.71 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 15-21751-DRC
DENNIS E. MOUTRAY Chapter 7
PAMELA A. MOUTRAY
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: cgreen      Page 1 of 2      Date Rcvd: Mar 21, 2016
                         Form ID: pdf006     Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2016.
```
db/jdb         +DENNIS E. MOUTRAY,   PAMELA A. MOUTRAY,    758 Tiller Street,    Elburn, IL 60119-7120
23423634        ARS NATIONAL SERVICES INC,   PO BOX 463023,   Escondido, CA 92046-3023
23423632       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23423633       +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
24084100        American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23482075       +American Homes 4 Rent,    1091 S. Roselle Road,    Schaumburg IL 60193-3960
23423635       +BLATT HASENMILLER LEIBSKER MOORE,    10 S. LASALLE STE 2200,    Chicago, IL 60603-1069
23423638      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
23423636        Capital Management Maintenance,    PO Box 538314,    Atlanta, GA 30353-8314
23423637       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
24151316        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
23423639       +Car Wash Solutions,    30103 Village Green Blvd.,    Warrenville, IL 60555-5909
23423640       +Chase Bp Prvt Lbl,    Po Box 15298,    Wilmington, DE 19850-5298
23423641       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23423642       +City of Marseilles,    209 Lincxoln Street,    Marseilles, IL 61341-1995
23423643       +Comenity Bank/bergners,    Po Box 182789,    Columbus, OH 43218-2789
23423644       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
23423645        Elavon Settlement/Recovery,    PO Box 86,    SDS 12-2291,    Minneapolis, MN 55486-0086
23423646       +Freedman Anselmo & Lindberg,    1771 West Diehl Road,    Naperville, IL 60563-1828
23423652       +Grand Geneva Vacation Condo Assoc,    c/o Godfrey, Leible, Blackbourn & H,    354 Seymour Court,
                Elkhorn, WI 53121-4236
23423653        Harris & Harris,    111 W. Jackson,    suite 400,    Chicago, IL 60604-4135
23423654       +Harris & Harris,    1111 W. Jackson,    suite 400,    Chicago, IL 60607
23423656       +Michelle Danielak,    63 Westbourne,    Sugar Grove, IL 60554-2201
24056808       +Midland Credit Management, Inc.,    as agent for,    Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
23423660       +Old Second National Ba,    37 S River St,    Aurora, IL 60506-4172
23423661        Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
23423665       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
23423666       +The Foster and Buck Law Group,    2040 Aberdeen Court,    Sycamore, IL 60178-3140
23423668       +Village of Hinckly,    720 James St,    Hinckley, IL 60520-9771
23423669        Westfield Insurance Group,    PO Box 59838,    Schaumburg, IL 60159-0838
23423664       +szafranski Excavating Inc,    2346 N. 23rd,    Marseilles, IL 61341-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23931447        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2016 02:00:09
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
23423647        E-mail/Text: bankruptcynotification@frontiercorp.com Mar 22 2016 01:43:34     Frontier,
                PO Box 20550,    Rochester, NY 14602-0550
23423649       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2016 01:49:20      GECRB/Gap,   Po Box 965005,
                Orlando, FL 32896-5005
23423648       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2016 01:48:07      GECRB/Gap,   Attn: bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
23423650       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2016 01:48:45      GECRB/Sams Club,
                Gecrb/Sams Club,    Po Box 103104,    Roswell, GA 30076-9104
23423651       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2016 01:49:20      GECRB/Sams Club,    Po Box 965005,
                Orlando, FL 32896-5005
23423655        E-mail/Text: bankruptcy@icsystem.com Mar 22 2016 01:42:41     I.C. SYSTEM INC.,
                444 HIGHWAY 96 EAST,    PO BOX 64437,    Saint Paul, MN 55164-0437
23423657       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 22 2016 01:41:46      Midland Funding,   8875 Aero Dr,
                San Diego, CA 92123-2255
23423658        E-mail/Text: rayres@nicor.com Mar 22 2016 01:41:07      NICOR ADVANCED ENERGY,
                REMITTANCE PROCESSING,    PO BOX 30093,    Lansing, MI 48909-7593
23423659        E-mail/Text: bankrup@aglresources.com Mar 22 2016 01:40:45      Nicor Gas,   P.O. Box 2020,
                Aurora, IL 60507-2020
24009797       +E-mail/Text: bankrup@aglresources.com Mar 22 2016 01:40:45      Nicor gas,   po box 549,
                aurora il 60507-0549
23423662        E-mail/Text: Supportservices@receivablesperformance.com Mar 22 2016 01:43:27
                RECEIVABLE PERFORMANCE MANGMNT LLC,    PO BOX 1548,    Lynnwood, WA 98046-1548
23423663       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2016 01:48:54      Syncb/gap,   Po Box 965005,
                Orlando, FL 32896-5005
23423667        E-mail/Text: bnc@ursi.com Mar 22 2016 01:40:56     United REcovery Systems,    PO Box 722929,
                Houston, TX 77272-2929
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: cgreen            Page 2 of 2              Date Rcvd: Mar 21, 2016
                               Form ID: pdf006        Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2016 at the address(es) listed below:
          Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
           jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard L Hirsh    on behalf of Debtor 2 PAMELA A. MOUTRAY richala@sbcglobal.net,
           rlhpc2@sbcglobal.net
          Richard L Hirsh    on behalf of Debtor 1 DENNIS E. MOUTRAY richala@sbcglobal.net,
           rlhpc2@sbcglobal.net
          Roman   Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           iprice@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                             TOTAL: 7
```