**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  MOUTRAY, DENNIS E.              § Case No. 15-21751
      MOUTRAY, PAMELA A.              §
                                      §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $24,541.41                     Assets Exempt: $29,400.19
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,929.71       Claims Discharged
                                                                                             Without Payment: $262,847.75

Total Expenses of Administration: $7,941.79

---

    3)  Total gross receipts of $    13,871.50  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00  (see **Exhibit 2**), yielded net receipts of $13,871.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,941.79 | 7,941.79 | 7,941.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 268,777.46 | 268,777.46 | 5,929.71 |
| **TOTAL DISBURSEMENTS** | $0.00 | $276,719.25 | $276,719.25 | $13,871.50 |

4) This case was originally filed under Chapter 7 on June 24, 2015. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds -- overpayment of taxes on wages for | 1124-000 | 13,871.50 |
| **TOTAL GROSS RECEIPTS** | | **$13,871.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 2,137.15 | 2,137.15 | 2,137.15 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 5,726.50 | 5,726.50 | 5,726.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 22.62 | 22.62 | 22.62 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.22 | 19.22 | 19.22 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arthur B. Levine Company | 2300-000 | N/A | 7.11 | 7.11 | 7.11 |
| Rabobank, N.A. | 2600-000 | N/A | 19.19 | 19.19 | 19.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,941.79 | $7,941.79 | $7,941.79 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 1,337.17 | 1,337.17 | 29.50 |
| 2 | Nicor gas | 7100-000 | N/A | 599.01 | 599.01 | 13.22 |
| 3 | Old Second National Bank | 7100-000 | N/A | 48,008.52 | 48,008.52 | 1,059.15 |
| 4 | Old Second National Bank | 7100-000 | N/A | 177,505.55 | 177,505.55 | 3,916.09 |
| 5 | Midland Credit Management, Inc. | 7100-000 | N/A | 15,999.67 | 15,999.67 | 352.98 |
| 6 | Midland Credit Management, Inc. | 7100-000 | N/A | 5,331.08 | 5,331.08 | 117.61 |
| 7 | Midland Credit Management, Inc. | 7100-000 | N/A | 1,304.10 | 1,304.10 | 28.77 |
| 8 | American Express Bank, FSB | 7100-000 | N/A | 410.44 | 410.44 | 9.06 |
| 9 | Old Second National Bank | 7100-000 | N/A | 974.68 | 974.68 | 21.50 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 17,307.24 | 17,307.24 | 381.83 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $268,777.46 | $268,777.46 | $5,929.71 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-21751  
**Case Name:** MOUTRAY, DENNIS E.  
MOUTRAY, PAMELA A.  
**Period Ending:** 09/06/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/24/15 (f)  
**§341(a) Meeting Date:** 07/20/15  
**Claims Bar Date:** 02/12/16

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | unemployment credit on debit card | 1,311.00 | 0.00 | | 0.00 | FA |
| 2 | Fifth Third Bank, Elburn, IL 60119 -- subject to garnishment citation | 450.00 | 0.00 | | 0.00 | FA |
| 3 | Oppenheimer Funds, Money Market Fund, LPL Finance, San Deigo, CA | 191.65 | 0.00 | | 0.00 | FA |
| 4 | Security deposit held by American Homes 4 Rent f for property leased at 758 Tiller Street, Elburn, Illinois 60119 | 1,575.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furniture including (Living Room) (2) couches, bookcase, chair, (2) tables, (2) lamps and (2) TVs; (Dining Room) china closet, china, silverware; (Bedrooms) (2) beds, chair, (2) dressers, (2) chest of drawers, (2) mirrors, (2) lamps, TV, nighstand, electric fireplace, futon, curio cabinet; (Kitchen) table and chairs, refrigerator, washing machine, dryer, dishes, cookware; (other rooms) computer, desk, chair, vacuum cleaner, iron, camera, tools, lawnmower, lawn furniture and wicker furniture. | 4,610.00 | 0.00 | | 0.00 | FA |
| 6 | Men's clothing and apparel including shirts, pants, suit, shoes and coats. | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Women's clothing and apparel including dresses, shirts, pants, shoes and jackets. | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry including costume jewelry ($300) and wedding ring ($1200). Amended Schedule changed value from $1,200 to $600 | 600.00 | 0.00 | | 0.00 | FA |
| 9 | NGL Insurance, Interest Sensitive Whole Life Policy | 2,376.00 | 0.00 | | 0.00 | FA |
| 10 | Life Insurance Policy, Northwestern Mutual, Milwaukee, WI | 3,420.57 | 0.00 | | 0.00 | FA |
| 11 | NGL Insurance Group - Whole Life Insurance Policy | 477.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21751  
**Case Name:** MOUTRAY, DENNIS E.  
MOUTRAY, PAMELA A.  
**Period Ending:** 09/06/16

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/24/15 (f)  
**§341(a) Meeting Date:** 07/20/15  
**Claims Bar Date:** 02/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | - Insured Dennis Moutray |  |  |  |  |  |
| 12 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Pamela A Moutray<br>W 2 | 288.19 | 0.00 |  | 0.00 | FA |
| 13 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Michelle L Moutray | 204.00 | 0.00 |  | 0.00 | FA |
| 14 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Kristin R Moutray | 183.00 | 0.00 |  | 0.00 | FA |
| 15 | NGL Insurance Group - Whole Life Insurance Policy<br>- Insured Eric A Moutray | 197.00 | 0.00 |  | 0.00 | FA |
| 16 | Trustmark (NGL Insurance) | 460.00 | 0.00 |  | 0.00 | FA |
| 17 | Moutray's Food Shop I Inc, DISSOLVED SEE STATEMENT OF FINANCIAL AFFAIRS #18 | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | Moutray's Food Shop II Inc, DISSOLVED SEE STATEMENT OF FINANCIAL AFFAIRS #18 | 0.00 | 0.00 |  | 0.00 | FA |
| 19 | Tax refunds -- overpayment of taxes on wages for 3<br>prior years (2012 - 2014) -- estimated #21000<br>Amended Schedule changed value from $21,000 to $24,125 | 24,125.00 | 0.00 |  | 13,871.50 | FA |
| 20 | 1996 Chevy Tahoe, mileage 178,390; hail damaged | 641.00 | 0.00 |  | 0.00 | FA |
| 21 | 2007 GMC Envoy, mileage 159,210 (KBB value) | 5,057.00 | 0.00 |  | 0.00 | FA |
| 22 | 2003 Pace Trailer | 1,000.00 | 0.00 |  | 0.00 | FA |
| 22 | **Assets   Totals** (Excluding unknown values) | **$48,666.41** | **$0.00** |  | **$13,871.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to review claims and files objections thereto if necessary. The Final Report will then be filed.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21751  
**Case Name:** MOUTRAY, DENNIS E.  
  MOUTRAY, PAMELA A.  
**Period Ending:** 09/06/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/24/15 (f)  
**§341(a) Meeting Date:** 07/20/15  
**Claims Bar Date:** 02/12/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 15, 2016   **Current Projected Date Of Final Report (TFR):** March 11, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-21751 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | MOUTRAY, DENNIS E. | | Bank Name: | Rabobank, N.A. |
| | MOUTRAY, PAMELA A. | | Account: | ****922566 - Checking Account |
| Taxpayer ID #: | **-***3589 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/06/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/15 | {19} | Dennis & Pamela Moutray | Settlement Pursuant to Order | 1124-000 | 13,871.50 | | 13,871.50 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,861.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.22 | 13,842.28 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #15-21751, Bond Premium | 2300-000 | | 7.11 | 13,835.17 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.19 | 13,815.98 |
| 05/13/16 | 102 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $2,137.15, Trustee Compensation; Reference: | 2100-000 | | 2,137.15 | 11,678.83 |
| 05/13/16 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $5,726.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,726.50 | 5,952.33 |
| 05/13/16 | 104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $22.62, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 22.62 | 5,929.71 |
| 05/13/16 | 105 | American InfoSource LP as agent for | Dividend paid 2.20% on $1,337.17; Claim# 1; Filed: $1,337.17; Reference: | 7100-000 | | 29.50 | 5,900.21 |
| 05/13/16 | 106 | Nicor gas | Dividend paid 2.20% on $599.01; Claim# 2; Filed: $599.01; Reference: | 7100-000 | | 13.22 | 5,886.99 |
| 05/13/16 | 107 | Old Second National Bank | Dividend paid 2.20% on $48,008.52; Claim# 3; Filed: $48,008.52; Reference: | 7100-000 | | 1,059.15 | 4,827.84 |
| 05/13/16 | 108 | Old Second National Bank | Dividend paid 2.20% on $177,505.55; Claim# 4; Filed: $177,505.55; Reference: | 7100-000 | | 3,916.09 | 911.75 |
| 05/13/16 | 109 | Midland Credit Management, Inc. | Dividend paid 2.20% on $15,999.67; Claim# 5; Filed: $15,999.67; Reference: | 7100-000 | | 352.98 | 558.77 |
| 05/13/16 | 110 | Midland Credit Management, Inc. | Dividend paid 2.20% on $5,331.08; Claim# 6; Filed: $5,331.08; Reference: | 7100-000 | | 117.61 | 441.16 |
| 05/13/16 | 111 | Midland Credit Management, Inc. | Dividend paid 2.20% on $1,304.10; Claim# 7; Filed: $1,304.10; Reference: | 7100-000 | | 28.77 | 412.39 |
| 05/13/16 | 112 | American Express Bank, FSB | Dividend paid 2.20% on $410.44; Claim# 8; Filed: $410.44; Reference: | 7100-000 | | 9.06 | 403.33 |
| 05/13/16 | 113 | Old Second National Bank | Dividend paid 2.20% on $974.68; Claim# 9; Filed: $974.68; Reference: | 7100-000 | | 21.50 | 381.83 |
| 05/13/16 | 114 | Capital One Bank (USA), N.A. | Dividend paid 2.20% on $17,307.24; Claim# 10; Filed: $17,307.24; Reference: | 7100-000 | | 381.83 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,871.50 | 13,871.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,871.50 | 13,871.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,871.50 | $13,871.50 | |

{} Asset reference(s)    Printed: 09/06/2016 01:30 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-21751 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** MOUTRAY, DENNIS E. | **Bank Name:** Rabobank, N.A. |
| MOUTRAY, PAMELA A. | **Account:** ****922566 - Checking Account |
| **Taxpayer ID #:** **-***3589 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/06/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | | | |
| | **Checking # ****922566** | 13,871.50 | 13,871.50 | 0.00 |
| | | $13,871.50 | $13,871.50 | $0.00 |

{} Asset reference(s)                                                                                     Printed: 09/06/2016 01:30 PM    V.13.28